No. 25-3373

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

MILLENNIA HOUSING MANAGEMENT, LTD, ET AL.

                              *Plaintiffs-Appellants*

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ET AL.

                              *Defendants-Appellees*

_____

On Appeal from the United States District Court for the Northern District of Ohio, No. 1:24-cv-02084

_____

## UNOPPOSED MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE PLAINTIFF-APPELLANTS OPENING BRIEF

_____

                              Marisa T. Darden
                              Matthew D. Ridings
                              Johanes C. Maliza
                              Peter J. Sullivan, Jr.
                              BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
                              127 Public Square, Suite 4900
                              Cleveland, OH 44114
                              216-363-4500

                                                MDarden@beneschlaw.com  
                                                MRidings@beneschlaw.com  
                                                JMaliza@beneschlaw.com  
                                                PSullivan@beneschlaw.com

June 30, 2025

Pursuant to Sixth Circuit Local Rule 26(a)(1), Plaintiff-Appellants Millennia Housing Management, Ltd, et al. ("Millennia"), hereby respectfully requests a thirty-day extension of time to file its opening brief in the above captioned matter. The Government has consented to such an extension. Millennia seeks this extension to allow all parties sufficient time to review and understand the record of the administrative hearing that began on June 3, 2025 which is the subject of this appeal.

Dated: June 30, 2025                                  Respectfully submitted,

/s/     Peter J. Sullivan Jr.
Marisa T. Darden
Matthew D. Ridings
Johanes C. Maliza
Peter J. Sullivan, Jr.
BENESCH FRIEDLANDER
 COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, OH 44114
216-363-4500
MDarden@beneschlaw.com
MRidings@beneschlaw.com
JMaliza@beneschlaw.com
PSullivan@beneschlaw.com

*Attorneys for Appellants*

1

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 32(g) and Sixth Circuit Rule 32(a), the undersigned certifies that:

This motion complies with the type-volume limitations Federal Rule of Appellate Procedure 27(d)(2)(A) and Sixth Circuit Rule 32(b)(1). This motion contains 74 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f) and Sixth Circuit Rule 32(b)(1).

This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 27(d)(1)(D) as it is prepared using a proportionally spaced typeface: Times New Roman, font size 14.

Dated: June 30, 2025                                    /s/     *Peter J. Sullivan Jr*
                                                                        Peter J. Sullivan Jr.

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that I have emailed courtesy copies of the foregoing document to the case participants identified below.

Daniel Aguilar
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Ave NW.
Washington, D.C. 20005
Daniel.j.aguilar@usdoj.gov

*Attorneys for Appellants*

                                                              */s/   Peter J. Sullivan Jr.*
                                                              Peter J. Sullivan Jr.